IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNION CATHEDRAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| vs. ) | |
| ) | |
| SOUTHERN MUTUAL CHURCH ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

COMES NOW, Defendant Southern Mutual Church Insurance Company ("Defendant"), and files this Notice of Removal of the civil action filed by Plaintiff Union Cathedral, and specially appearing without waiving any defenses or immunities, to remove the action referred to herein, pursuant to 28 U.S.C.S. § 1446 (2005) and F.R.C.P. 11, from the Superior Court of Lowndes County, Georgia to the United States District Court for the Middle District of Georgia, Valdosta Division. The Defendant files this Notice subject to its defenses and immunities as to process and service and all special defenses which may be raised subsequent to the filing of this Notice. The Defendant respectfully shows this Court the following:

1.

On May 22, 2025, Plaintiff Union Cathedral filed a civil action in the Superior Court of Lowndes County, Georgia, titled *Union Cathedral v. Southern Mutual Church Insurance Company*, Civil Action File No. 2025CV0952 (the "State Court Action"). Attached hereto as **Exhibit A** are copies of all pleadings filed in the State Court Action to date, as well as a copy of

the Notice of Filing Notice of Removal, that will be filed in the Superior Court of Lowndes County pursuant to 28 U.S.C.S. § 1446(d).

2.

This case is subject to removal under 28 U.S.C. § 1332.

3.

Plaintiff Union Cathedral is a Georgia Nonprofit Corporation with its principal place of business in Valdosta, Georgia. (See **Exhibit B**, 2025 Union Cathedral Annual Registration).

4.

Defendant Southern Mutual Church Insurance Company ("SMCIC") is a South Carolina Insurance Company with its principal place of business located in Columbia, South Carolina. (See **Exhibit C**, 2025 SMCIC Annual Registration).

5.

With respect to removal on the basis of diversity jurisdiction, this removal is timely because it has been filed within thirty (30) days after receipt by Defendant of Plaintiff's Complaint, which constitutes the initial pleading setting forth the claim for relief upon which this action is based. (See Notice of Filing Sheriff's Entry of Service, contained in **Exhibit A**).

6.

The Plaintiff's Complaint alleges that Plaintiff sustained property damage as a result of wind driven rain due to a hurricane. The Complaint further alleges that SMCIC insured Plaintiff's property when the alleged damage occurred, and that SMCIC breached the insurance policy with its failure to tender an appropriate amount to repair the Plaintiff's property and indemnify Plaintiff for alleged damages stemming from the hurricane. The Complaint includes a demand for judgment in "[t]he full amount of damages sustained by Plaintiff as a result of the

Loss" and alleges and prays for an award of pre- and post-judgment interest. (See Complaint, Ad Damnum Clause, contained in **Exhibit A**).

7.

Plaintiff provided a Public Adjuster's Estimate to Defendant prior to the initiation of this lawsuit claiming damages of **$653,568.58**. (See **Exhibit D**, Public Adjuster Estimate). Therefore, the amount in controversy, exclusive of interest and costs, between Plaintiff and Defendants exceeds the sum of **$75,000.00**.

8.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) because complete diversity exists between the parties and the amount in controversy exceeds **$75,000.00**.

9.

By service of a copy of this Notice of Removal as evidenced by the Certificate of Service, attached, Defendant hereby gives notice of such removal to Plaintiff.

10.

A copy of Defendant Southern Mutual Church Insurance Company's Answer and Defenses for filing in this Court is attached hereto as **Exhibit E**.

11.

28 U.S.C. §1446(b)(2)(A) is satisfied because Southern Mutual Church Insurance is the only named Defendant in this matter.

WHEREFORE, Defendant respectfully moves that pursuant to this Notice of Removal, that said action be removed to and proceed in this Court, so that no further proceedings may be had in said case in the Superior Court of Lowndes County, Georgia.

This 28th day of January, 2026.

                                                          RUTHERFORD & CHRISTIE, LLP

                                                          */s/ Carrie L. Christie*  
                                                          Carrie L. Christie  
                                                          Georgia State Bar No. 125248  
                                                          Savannah L. Wharton  
                                                          Georgia State Bar No. 240161  
                                                          *Counsel for Defendant*

285 Peachtree Center Avenue NE  
Suite 1650, Marquis II  
Atlanta, Georgia  30303  
(404) 522-6888  
info@rclawllp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNION CATHEDRAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| vs. ) | |
| ) | |
| SOUTHERN MUTUAL CHURCH ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading **DEFENDANT'S NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing.

Kai Phillip Thompson, Esq.
Kai P Thompson PA
10th Floor
1600 Ponce de Leon Blvd Unit 42
Coral Gables, FL 33134
kai@kpt-pa.com
*Counsel for Plaintiff*

This 28th day of January, 2026.

RUTHERFORD & CHRISTIE LLP

*/s/ Carrie L. Christie*
Carrie L. Christie
Georgia State Bar No. 125248
*Counsel for Defendant*