# Exhibit "A," Cont.'d

AAIS
CP 0643 01 08
Page 1 of 1

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# EXCLUSION -- WAR AND MILITARY ACTION

The policy is amended as follows:

## PERILS EXCLUDED

The War exclusion, wherever it appears, is deleted and replaced by the following:

**War and Military Action --**

"We" do not cover loss or damage caused directly or indirectly by the following:

1) war, including undeclared or civil war; or
2) warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3) insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the "terms" of this exclusion and involves nuclear reaction or radiation or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

CP 0643 01 08

Copyright, American Association of Insurance Services, Inc., 2008

**AAIS**

**- THIS IS A LEGAL CONTRACT -**
**PLEASE READ IT CAREFULLY**

GL-200
Ed 1.0

# COMMERCIAL LIABILITY COVERAGE
## (BROAD FORM COVERAGE)

The following Table of Contents shows how this Commercial Liability Coverage is organized. It will help **you** locate particular sections of this form.

## TABLE OF CONTENTS

| | Page |
|---|---|
| Agreement | 1 |
| Definitions | 2 |
| **Principal Coverages** | |
| Coverage L — Bodily Injury/Property Damage | 5 |
| Coverage M — Medical Payments | 5 |
| Coverage N — Products/Completed Work | 5 |
| Coverage O — Fire Legal Liability | 5 |
| Coverage P — Personal Injury/Advertising Injury | 5 |
| Supplemental Coverages | 5 |
| Defense Coverage | 7 |
| **Exclusions** | |
| Exclusions That Apply To Bodily Injury, Property Damage, Personal Injury, And/Or Advertising Injury | 8 |
| Additional Exclusions That Apply Only To Personal Injury And/Or Advertising Injury | 10 |
| Additional Exclusions That Apply Only To Property Damage | 10 |
| Additional Exclusions That Apply Only To Medical Payments | 11 |
| What Must Be Done In Case Of Loss | 11 |
| How Much We Pay | 12 |
| Conditions | 13 |
| Nuclear Energy Liability Exclusion | 14 |
| Nuclear Energy Liability Exclusion Definitions | 15 |
| Common Policy Conditions — These are shown on a separate form. | |

Endorsements may also apply. They are identified on the **declarations**.
Refer to the Definitions for words that have special meanings. These words are shown in **"bold type."**

## AGREEMENT

Subject to all the **terms**, and in return for **your** payment of the required premium, **we** provide the Commercial Liability Coverage described in this policy.

Policy **terms** that relate to cancellation, changes made to the policy, examination of books and records, inspections and surveys, and assignment or transfer of rights or duties also apply.

GL-200 Ed 1.0

Copyright MCMXCIV, American Association of Insurance Services

**AAIS**

**Insured** also includes:

a. any person or organization, except **your employees**, while acting as **your** real estate manager;

b. if **you** die during the policy period, **your** legal representative while acting within the scope of those duties as such, or a person who has custody of **your** property with respect to liability arising out of the maintenance or use of that property until **your** legal representative is appointed. **Your** legal representative has all **your** rights and duties under this coverage;

c. with respect to the operation, with **your** permission, of mobile equipment:

   1) **your employee** in the course of employment. This does not apply to a fellow **employee** injured in the course of employment;

   2) any other person, including another person or an organization legally liable for the conduct of such person, but only:

      a) for liability arising out of the operation of the equipment; and

      b) if there is no other insurance covering the liability available to them;

   3) no person or organization is an **insured** for **property damage** to property owned by, rented to, in the charge of, or occupied by **you**, or an employer of any person who is an **insured** under paragraph c.

d. **your employees**, for acts within the scope of their employment by **you** (this does not include **your** executive officers). None of these **employees** are insureds for:

   1) **bodily injury**, **personal injury**, and **advertising injury** to **you** or to a fellow **employee**; or

   2) **property damage** to property owned by, rented to, or loaned to **employees**, or any of **your** partners or members and their spouses (if **you** are a joint venture or a partnership).

e. any organization (other than a joint venture or a partnership) newly acquired or formed by **you**, and in which **you** have a majority interest.

Such an organization is not an **insured**:

   1) if there is other similar insurance available to it;

   2) after 90 days immediately following that acquisition or formation or the end of the policy period, whichever is earlier;

   3) for **bodily injury** or **property damage** that occurred prior to the acquisition or formation; or

   4) for **personal injury** or **advertising injury** arising out of an offense committed prior to the acquisition or formation.

No person or organization is an **insured** with respect to the conduct of a current or past partnership or joint venture that is not named on the **declarations** as an **insured**.

13. **Leased worker** means a person whom **you** lease from a labor leasing firm under a contract or agreement to perform duties related to the conduct of **your** business. **Leased worker** does not include a **temporary worker**.

14. **Limit** means the amount of coverage that applies.

15. **Loading or unloading** means the movement of property:

   a. starting with after it is removed from the point where it has been accepted for transit by **auto**, aircraft, or watercraft;

   b. continuing while it is in or on such vehicle; and

   c. ending when it has been removed from the vehicle at its point of destination.

   **Loading or unloading** includes movement by:

   a. a hand truck; or

   b. any mechanical device only when attached to the vehicle.

16. **Occurrence** means an accident and includes repeated exposure to similar conditions.

17. **Personal injury** means injury (other than **bodily injury**, **property damage**, or **advertising injury**) arising out of one or more of the following offenses:

   a. oral or written publication of material:

      1) that slanders or libels a person or organization;

c. written warranties or representations made at any time regarding quality, fitness, durability, or performance of any of the foregoing; and

d. providing or failing to provide warnings or instructions.

## PRINCIPAL COVERAGES

**We** provide insurance for the following coverages indicated by a specific **limit** or premium charge on the **declarations**.

### COVERAGE L — BODILY INJURY LIABILITY PROPERTY DAMAGE LIABILITY

**We** pay all sums which an **insured** becomes legally obligated to pay as **damages** due to **bodily injury** or **property damage** to which this insurance applies. The **bodily injury** or **property damage** must be caused by an **occurrence** which takes place in the **coverage territory**, and the **bodily injury** or **property damage** must occur during the policy period.

### COVERAGE M — MEDICAL PAYMENTS

1. **We** pay the medical expenses defined below for **bodily injury** caused by an accident:

   a. on premises **you** own or rent;

   b. on ways adjacent or next to premises **you** own or rent; or

   c. arising out of **your** operations.

2. **We** pay such expenses regardless of fault but only if:

   a. they arise out of an accident that occurred in the **coverage territory** and during the policy period; and

   b. they are incurred and reported within one year of the accident.

3. Medical expenses means the reasonable and necessary expenses for:

   a. medical, surgical, x-ray, and dental services, including prosthetic devices and eye glasses;

   b. ambulance, hospital, professional nursing, and funeral services; and

   c. first aid at the time of an accident.

### COVERAGE N — PRODUCTS/COMPLETED WORK

**We** pay all sums which an **insured** becomes legally obligated to pay as **damages** due to **bodily injury** or **property damage** arising out of the **products/ completed work hazard** to which this insurance applies. The **bodily injury** or **property damage** must be caused by an **occurrence** which takes place in the **coverage territory**, and the **bodily injury** or **property damage** must occur during the policy period.

### COVERAGE O — FIRE LEGAL LIABILITY

**We** pay for **property damage** to buildings, or parts thereof, which **you** rent from another, or which are loaned to **you**, if the **property damage** is caused by fire for which **you** are legally liable. Buildings include fixtures permanently attached thereto.

All of the exclusions otherwise applicable to **property damage** do not apply to this coverage. However, **we** do not cover:

1. liability arising under any contract or agreement to indemnify any person or organization for damage by fire to the premises; or

2. liability arising out of **property damage**:

   a. which is expected by, directed by, or intended by the **insured**; or

   b. that is the result of intentional and malicious acts of the **insured**.

### COVERAGE P — PERSONAL INJURY LIABILITY ADVERTISING INJURY LIABILITY

**We** pay all sums which an **insured** becomes legally obligated to pay as **damages** due to **personal injury** or **advertising injury** to which this insurance applies.

1. **We** cover:

   a. **personal injury** arising out of an offense committed in the course of your business, excluding advertising, publishing, broadcasting, or telecasting done by **you** or on **your** behalf; and

   b. **advertising injury** arising out of an offense committed in the course of advertising **your** goods, products, or services.

2. The **personal injury** or **advertising injury** offense must be committed:

   a. within the **coverage territory**; and

b. Those which are designed primarily for use off public roads.

c. Those which travel on crawler treads.

d. Those which are self-propelled and designed or used only to afford mobility to the following types of equipment, which must be a part of or be permanently attached to such vehicle:

   1) power cranes, shovels, loaders, diggers, or drills;

   2) concrete mixers (this does not include the mix-in-transit type); and

   3) graders, scrapers, rollers, and other road construction or repair equipment.

e. Those which are not self-propelled, but are used primarily to afford mobility to the following types of equipment permanently attached thereto:

   1) air compressors, pumps, and generators (this includes spraying, welding, and building cleaning equipment);

   2) geophysical exploration, lighting, and well servicing equipment; and

   3) cherry pickers and similar devices used to raise or lower workers.

2. This coverage does not apply to self-propelled vehicles with the following types of perma-nently attached equipment:

a. equipment designed primarily for snow removal, street cleaning, road maintenance other than road construction, or resurfacing;

b. cherry pickers and similar devices used to raise or lower workers;

c. air compressors, pumps, and generators (this includes spraying, welding, and building cleaning equipment); or

d. geophysical exploration, lighting, and well servicing equipment.

**We** cover **bodily injury** or **property damage** arising out of the operation of any of the equipment listed in paragraphs 2.b., 2.c., and 2.d. above.

**We** will provide any liability, uninsured motorists, no fault, or other coverages required by any motor vehicle insurance law. **We** will provide the required **limits** for such required coverage.

## DEFENSE COVERAGE

Payments under this coverage are in addition to the **limits** for the Commercial Liability Coverage.

1. **We** have the right and duty to defend a suit seeking **damages** which may be covered under the Commercial Liability Coverage. **We** may make investigations and settle claims or suits **we** decide are appropriate.

   Suit includes any alternative dispute resolution proceeding involving **bodily injury**, **property damage**, **personal injury**, or **advertising injury** to which:

   a. **you** must submit; or

   b. **you** submit with **our** consent.

2. **We** do not have to provide defense after **we** have paid an amount equal to the **limit** as the result of:

   a. a judgment; or

   b. a written settlement agreed to by **us**.

3. If **we** defend a suit, **we** will pay:

   a. The costs taxed to the **insured**.

   b. The expenses incurred by **us**.

   c. The actual loss of earnings by the **insured** for the time spent away from work at **our** request. **We** pay up to $100 per day.

   d. The necessary expenses incurred by the **insured** at **our** request.

   e. Pre-judgment interest awarded against the **insured** on that part of the judgment **we** pay. If **we** offer to pay the **limit**, **we** will not pay any pre-judgment interest based on that period of time after the offer.

   f. The interest which accrues beginning with entry of a judgment and ending when **we** tender, deposit in court, or pay up to **our** **limit**.

   g. The cost of appeal bonds or bonds for the release of attachments up to **our** **limit**. **We** are not required to apply for or furnish such bonds.

   h. The cost, up to $500, for bail bonds required of an **insured** because of an accident or traffic violation arising out of

b. that is the result of intentional and malicious acts of the **insured**.

This exclusion does not apply to **bodily injury** that arises out of the use of reasonable force to protect people or property.

9. **We** do not pay for **bodily injury** or **property damage** included within the **products/completed work hazard** except as covered under Coverage N.

10. **We** do not pay for:

   a. **bodily injury** or **property damage** arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants:

   1) at or from any premises, site, or location which is, or was at any time, owned by, occupied by, rented to, or loaned to any **insured**, unless the **bodily injury** or **property damage** arises from the heat, smoke, or fumes of a fire which becomes uncontrollable or breaks out from where it was intended to be located;

   2) at or from any premises, site, or location which is or was at any time used by or for any **insured** or others, for the handling, storage, disposal, processing, or treatment of waste;

   3) which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any **insured** or any person or organization for whom any **insured** may be legally responsible; or

   4) at or from any premises, site, or location where any **insured** or any contractor or subcontractor, directly or indirectly under **your** control, is working:

   a) if the pollutants are brought on or to the premises, site, or location in connection with such work by such **insured**, unless the **bodily injury** or **property damage** arises from the heat, smoke, or fumes of a fire which becomes uncontrollable or breaks out from where it was intended to be located; or

   b) if the work is to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to or assess the effects of pollutants.

b. any loss, cost, or expense arising out of any:

   1) request, demand, or order that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of pollutants; or

   2) claim or suit by or on behalf of any governmental authority relating to testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to or assessing the effects of pollutants.

Pollutants means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

11. **We** do not pay for:

   a. **bodily injury** or **personal injury** to an **employee** of the **insured** if it occurs in the course of employment by the **insured**; or

   b. consequential injury to a spouse, child, parent, brother, or sister of such injured **employee**.

This exclusion applies where the **insured** is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third party for **damages** arising out of paragraph 11.a. or 11.b. above.

This exclusion does not apply to liability assumed by the **insured** under a contract covered under Contractual Liability Coverage.

12. **We** do not pay for **bodily injury** or **personal injury** if benefits are provided or are required to be provided by the **insured** under a workers' compensation, disability benefits, occupational disease, unemployment compensation, or like law.

13. **We** do not pay for **bodily injury** or **personal injury** that arises out of any:

5. **We** do not pay for **property damage** to that specific part of real property on which work is being performed by:

   a. **you;** or

   b. a contractor or subcontractor working directly or indirectly on **your** behalf,

   if the **property damage** arises out of such work. This exclusion does not apply with respect to liability assumed under a sidetrack agreement.

6. **We** do not pay for **property damage** to that specific part of any property that must be restored, repaired, or replaced because of faults in **your work.** This exclusion does not apply to:

   a. **property damage** covered under the **products/completed work hazard;** or

   b. liability assumed under a sidetrack agreement.

7. **We** do not pay for **property damage** to **products** if the damage arises out of the **products** or their parts.

8. **We** do not pay for **property damage** to **your work** if the **property damage** arises out of **your work** and is included in the **products/completed work hazard.** This exclusion does not apply if damage to the work or the part of the work out of which the damage arises is performed by a subcontractor on **your** behalf.

9. **We** do not pay for **property damage** to property that has not been physically injured or destroyed, or to **impaired property,** that arises out of:

   a. a delay or failure to perform a contract by **you** or one acting on **your** behalf; or

   b. a defect, deficiency, inadequacy, or unsafe condition in **your work** or **products.**

   This exclusion does not apply to the loss of use of other property resulting from sudden and accidental physical injury to or destruction of **your work** or **products** after having been put to its intended use.

10. **We** do not pay for any loss or expense incurred by **you** or anyone else arising out of the loss of use, disposal, withdrawal, recall, inspection, repair, replacement, adjustment, or removal of (including any expenses involved in the withdrawal or recall) **of your work, products,** or **impaired property.** This applies when the loss of use, disposal, withdrawal, recall, inspection, repair, replacement, adjustment, or removal was because of a known or suspected defect, deficiency, or unsafe condition.

## ADDITIONAL EXCLUSIONS THAT APPLY ONLY TO MEDICAL PAYMENTS

These exclusions apply in addition to the other exclusions that apply to **bodily injury.**

1. **We** do not pay for medical expenses for **bodily injury** to an **insured.**

2. **We** do not pay for medical expenses for **bodily injury** to a person hired by or on behalf of any **insured** to do work for:

   a. an **insured;** or

   b. a tenant of an **insured.**

3. **We** do not pay for medical expenses for **bodily injury** to a person injured on that part of the premises owned by or rented to **you** that the person normally occupies.

4. **We** do not pay for medical expenses for **bodily injury** to a person injured while taking part in athletic activities.

5. **We** do not pay for medical expenses for **bodily injury** included in the **products/completed work hazard.**

6. **We** do not pay for medical expenses for **bodily injury** to **your** members if **you** are a club.

7. **We** do not pay for medical expenses for **bodily injury** to a guest of a hotel, motel, or tourist court owned or operated by **you** or on **your** behalf.

8. **We** do not pay for medical expenses for **bodily injury** to a person if benefits are provided or required to be provided under any workers' compensation, nonoccupational disability, occupational disease, or like law.

9. **We** do not pay for medical expenses for **bodily injury** to a:

   a. student or camper enrolled in a program of any facility owned or operated by **you** or on **your** behalf; or

   b. patient or inmate being treated or detained in a facility owned or operated by **you** or on **your** behalf.

LOWNDES COUNTY, GEORGIA
Lowndes County - Superior Court
2025CV0952
5/22/2025 4:00 PM
Beth C. Greene
Clerk Superior and State & Juvenile Courts
Lowndes County
by Kelly Jenkins

5. The Coverage P Limit, subject to the General Aggregate Limit, is the most **we** pay due to all **personal injury** and **advertising injury** sustained by one person or organization.

6. Subject to the Each Occurrence Limit and the General Aggregate Limit, **our** limit for **property damage** covered under Coverage O is $50,000 for each **occurrence** unless otherwise shown on the declarations.

7. Subject to the General Aggregate Limit and the Each Occurrence Limit, the Coverage M Limit is the most that **we** will pay under Coverage M for all medical expenses because of **bodily injury** sustained by any one person.

8. The General Aggregate Limit and the Products/Completed Work Hazard Aggregate Limit apply separately to each consecutive 12-month period beginning with the inception date of the Commercial Liability Coverage shown on the declarations. They also apply separately to any remaining policy period of less than 12 months, unless the Commercial Liability Coverage has been extended after it was written. In that case, the additional period will be considered part of the last preceding period for the purpose of determining **limits**.

## CONDITIONS

1. **Bankruptcy** — Bankruptcy or insolvency of an **insured** does not relieve **us** of **our** obligations under Commercial Liability Coverage.

2. **Insurance Under More Than One Policy** — (Applies to all coverages except Coverage M — Medical Payments.)

   a. Insurance under this Commercial Liability Coverage is primary except as provided under paragraph 2.c. below, or unless otherwise stated. The amount of **our** liability is not reduced because of other insurance which applies to the loss on other than a primary basis.

   b. If the other insurance is also primary, **we** will share in the loss as follows:

      1) If the other insurance provides for contribution by equal shares, **we** will pay equal amounts with other insurers until:

         a) the lowest applicable **limit** under any one policy is reached; or
         b) the full amount of the loss is paid.

If part of the loss remains unpaid, **we** will pay an equal share with the other insurers until the full amount of the loss is paid, or until **we** have paid **our limit** in full.

      2) If the other insurance does not provide for contribution by equal shares, **we** will pay, up to **our limit**, no more than that proportion of the loss to which the applicable **limit** under this policy for such loss bears to the total applicable **limit** for all insurance against the loss.

   c. Insurance under this Commercial Liability Coverage is excess over any other insurance:

      1) if the other insurance, whether primary, excess, contingent, or on any other basis, provides:

         a) fire, extended coverage, builders' risk, installation risk, or similar coverage for **your work**; or
         b) fire insurance for premises rented to **you**; or

      2) if the other insurance applies to any loss arising out of the maintenance or use of aircraft, **autos**, or watercraft which may be covered by this policy.

   d. When this insurance is excess over any other insurance:

      1) **we** will have no duty to defend any claim or suit that any other insurer has a duty to defend. If no other insurer defends, **we** will do so. However, **we** will be entitled to the **insured's** rights against all those other insurers.

      2) **we** will pay **our** share of the amount of loss, if any, that exceeds the sum of:

         a) the total amount that all such other insurance would pay for the loss in the absence of this insurance; and
         b) the total of all deductibles and self-insured amounts required by such other insurance.

**We** will share the remaining loss with any other insurance that is not described in this excess insurance provision and was not bought specifically to apply in excess of the **limits** shown on the **declarations** of this Commercial Liability Coverage.

3. under any liability coverage, to **bodily injury** or **property damage** resulting from the **hazardous properties of nuclear material**, if:

   a. the **nuclear material**:

      1) is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured**; or

      2) has been discharged or dispersed therefrom;

   b. the **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, stored, processed, transported, or disposed of by or on behalf of an **insured**; or

   c. the **bodily injury** or **property damage** arises out of the furnishing by an **insured** of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions, or

      Canada, this exclusion (c.) applies only to **property damage** to such **nuclear facility** and any property thereat.

## DEFINITIONS

The following definitions apply to the Nuclear Energy Liability Exclusion:

1. **Hazardous Properties** — These include radioactive, toxic, or explosive properties.

2. **Nuclear Material** — This means **source material, special nuclear material**, or **by-product material**.

3. **Source Material, Special Nuclear Material, By-product Material** — These have the meanings given them in the Atomic Energy Act of 1954, or in any law amendatory thereof.

4. **Spent Fuel** — This means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**.

5. **Waste** — This means any **waste** material:

   a. containing **by-product material** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content; and

b. resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility**.

6. **Nuclear Facility** — This means:

   a. any **nuclear reactor**.

   b. any equipment or device designed or used for:

      1) separating the isotopes of uranium or plutonium;

      2) processing or utilizing **spent fuel**; or

      3) handling, processing, or packaging **waste**.

   c. any equipment or device used for the processing, fabricating, or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium-233 or any combination thereof, or more than 250 grams of uranium-235.

   d. any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of **waste**.

   and includes the site on which any of the foregoing is located, all operations conducted on such sites, and all premises used for such operations.

7. **Nuclear Reactor** — This means any apparatus designed or used:

   a. to sustain nuclear fission in a self-supporting chain reaction; or

   b. to contain a critical mass of fissionable material.

8. **Property Damage** — This includes all forms of radioactive contamination of property.

AAIS
CL067701 11
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# HOW MUCH WE PAY
## NO COVERAGE FOR DIMINISHED VALUE

## HOW MUCH WE PAY

Under How Much We Pay, the Loss Settlement Terms are amended to include the following provision.

**No Coverage For Diminished Value**-- Regardless of the method used to determine the amount under Valuation or under Valuation Of Property Losses, "we" do not pay for any loss in market value as a result of repairing, replacing, or rebuilding the covered property.

CL067701 11

AAIS
SMCL 0526 05 11
Page 1 of 2

This endorsement changes the Commercial
Liability Coverages provided by this policy
-- **PLEASE READ THIS CAREFULLY** --

# PASTORAL COUNSELING PROFESSIONAL LIABILITY

(Entries required to complete the Schedule will
be shown below or on the "declarations".)

**Schedule**

Limit:                  $1,000,000     Each Occurrence

The Commercial Liability Coverage is amended as
follows. All other "terms" of the policy apply,
except as amended by this endorsement.

## DEFINITIONS

1. With respect to the coverage provided by this
   endorsement, the following definition is
   added:

   "Counseling activity" means consultation
   between an "insured" and another person,
   where an "insured" offers advice or guidance
   with regard to the persons conduct.

2. With respect to the coverage provided by this
   endorsement, the definition of "occurrence" is
   deleted and replaced by the following:

   "Occurrence" means:

   a. an accident and includes repeated
      exposure to similar conditions; and

   b. any act or omission that arises out of the
      rendering or failure to render a
      professional service as a "counseling
      activity".

## EXCLUSIONS

**EXCLUSIONS THAT APPLY TO BODILY INJURY,
PROPERTY DAMAGE, PERSONAL INJURY,
AND/OR ADVERTISING INJURY**

1. The exclusion relating to the rendering or
   failure to render a professional service does
   not apply to liability arising out of "counseling
   activity" by an individual described below:

   a. "your" leaders who:

      1) are authorized by "you" or "your"
         leaders to engage in counseling acts
         on behalf of "your" organization; and
      2) have been trained to counsel others.

   b. a person or "employee" appointed by
      "you" who:

      1) holds the position of pastor or
         minister within "your" organization;
         and
      2) is authorized by "you" or "your"
         leaders to engage in counseling acts
         on behalf of "your" organization; and
      3) has been trained to counsel others.

Includes copyrighted material with permission of American Association of Insurance Services, Inc.

AAIS
SMCL 0527 03 18
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# ADDITIONAL INSURED
## CHURCH MEMBERS, PARTICIPANTS, OFFICERS, AND VOLUNTEER WORKERS

The Commercial Liability Coverage is amended as follows:

## DEFINITIONS

The definition of **insured** is amended to include the following:

**Insured** also includes:

1. **your** church members and those non-members participating in **your** activities, but only with respect to their liability arising from:

   a. **your** activities; or

   b. activities they perform on **your** behalf.

2. **your** trustees, officials, members of the board of governors, members of the clergy, deacons, elders, directors, or vestry members but only with respect to their duties as such.

3. **your** volunteer workers, but only while acting at **your** direction and within the scope of their duties as such. None of these volunteer workers are **insureds** for:

   a. **bodily injury** or **personal injury** to:

      1) **you**;
      2) **your** partners or members (if **you** are a partnership or joint venture) or **your** members (if **you** are a limited liability company); or
      3) **your** employees arising out of and in the course of their duties for **you**;

   b. **bodily injury** or **personal injury** to a spouse, child, parent, brother, or sister of such injured **employees** as a consequence of paragraph 3.a. above;

   c. any obligation to fully or partially reimburse a third person for **damages** arising out of paragraph 3.a. or 3.b. above; or

   d. **property damage** to property owned, occupied or used by, rented to, in the care, custody, or control of, or over which physical control is being exercised for any purpose by:

      1) **you**;
      2) other volunteer workers;
      3) **your employees**; or
      4) a partner or member (if **you** are a partnership or joint venture) or a member (if **you** are a limited liability company).

## EXCLUSIONS

### ADDITIONAL EXCLUSIONS THAT APPLY ONLY TO MEDICAL PAYMENTS

The exclusion that applies to medical expenses for **bodily injury** to an **insured** is deleted and replaced by:

**We** do not pay for medical expenses for **bodily injury** to an **insured** except those added as additional insureds by this endorsement.

**We** do not pay for medical expenses for **bodily injury** to any person employed by the church.

SMCL 0527 03 18
Includes copyrighted material with the permission of
American Association of Insurance Services

This endorsement changes
the policy
**PLEASE READ THIS CAREFULLY**

# COVERAGE W -- DIRECTORS, OFFICERS, AND TRUSTEES LIABILITY COVERAGE

(The entries required to complete this endorsement
will be shown below or on the **declarations**.)

**Limit:**

$ _1,000,000_____ each occurrence

The Commercial Liability Coverage is amended
as follows:

## DEFINITIONS

1.  The following additional definitions apply
    only to Coverage W - Directors, Officers,
    and Trustees Liability Coverage.

    a.  **Directors, Officers, or Trustees** means
        those individuals which form **your**
        administrative body, provided that
        each individual is duly elected or
        appointed to serve on the managing
        body of that entity.

    b.  **Wrongful acts** means any actual or
        alleged error or misstatement or
        misleading statement or act or
        omission or neglect or breach of duty
        by the **directors, officers, or trustees** in
        the discharge of their duties (jointly or
        severally) or any matter claimed
        against them solely by reason of their
        being **your directors, officers, or
        trustees**.

2.  With respect to Coverage W - Directors,
    Officers, and Trustees Liability Coverage
    only, the definition of **insured** is deleted
    and replaced by the following:

    a.  **Insured** means:

        1)  **you** for liability because of
            **wrongful acts** committed by **your
            directors, officers, and trustees**;
            and

        2)  **your directors, officers, and
            trustees** collectively, and each
            **director, officer, and trustee**
            individually, while acting within the
            scope of their duties on **your**
            behalf.

## PRINCIPAL COVERAGES

The following coverage is added to the
Commercial Liability Coverage.

**Coverage W -- Directors, Officers, and
Trustees Liability Coverage**

**We** pay, on behalf of any of **your directors,
officers, or trustees**, subject to the Each
Occurrence Limit shown for Coverage W on
the Schedule and the policy General Aggregate
Limit, all sums that an **insured** becomes
legally obligated to pay (jointly or severally) as
**damages** due to a **wrongful act** committed
solely by **directors, officers, or trustees** in their
respective capacities as **directors, officers, or
trustees** of the **insured**.

This coverage applies only if the **wrongful act**
was committed during the policy period.

## DEFENSE COVERAGE

With respect to Coverage W - Directors,
Officers, and Trustees Liability Coverage, the
Defense Coverage is deleted and replaced by
the following:

b. any loss, cost, or expense arising out of any:

1) request, demand, or order that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of pollutants; or

2) claim or suit by or on behalf of any governmental authority relating to testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing or in any way responding to or assessing the effects of pollutants.

Pollutants means:

a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8. **We** do not pay for liability for **wrongful acts** of **directors, officers, or trustees** to effect, procure, or maintain adequate insurance coverage or any omission of the insurance amount, form, conditions, or provisions.

9. **We** do not pay for medical expenses for **bodily injury** to a person if benefits are provided or required to be provided under any workers' compensation, nonoccupational disability, occupational disease, or like law.

**We** do not pay for liability arising out of any:

a. refusal to employ;

b. termination of employment;

c. coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, sexual misconduct, or other employment-related practices, policies, acts, or omissions; or

d. violation of any civil rights laws whether federal or state or local ordinances, including but not limited to discrimination on account of race, religion, sex, or age; or

e. consequential **bodily injury** or **personal injury** as a result of a., b., c., and d. above.

10. **We** do not pay for liability arising out of the actual or alleged violation of the responsibilities, obligations, or duties imposed by the Employee Retirement Income Security Act of 1974 and any amendments to it, or similar provisions of any federal, state, or local statutory law or common law.

11. **We** do not pay for liability by any other **directors, officers, or trustees** based upon or arising out of claims or suits involving title to **your** real property.

12 **We** do not pay for fines or penalties imposed by law or matters which are deemed uninsurable under the law pursuant to which this endorsement shall be construed.

13. **We** do not pay for liability arising out of **wrongful acts** regarding the investigation of, analysis of, correction of, or testing for the failure of any electronic data processing equipment, computer program, software, media, or data to correctly recognize, interpret, or process any encoded, abbreviated, or encrypted date or time.

AAIS
SMCL 0530 04 06
Page 1 of 3

This endorsement changes
the policy
**PLEASE READ THIS CAREFULLY**

# COVERAGE V -- SEXUAL MISCONDUCT AND SEXUAL MOLESTATION LIABILITY COVERAGE

(The entries required to complete this endorsement
will be shown below or on the "declarations".)

| | | |
|---|---|---|
| **Limits:** | $ 25,000 | each claim |
| | $ 50,000 | aggregate |

The Commercial Liability Coverage is amended as follows:

## DEFINITIONS

1. The following is added to the definition of "insured" for Coverage V -- Sexual Misconduct and Sexual Molestation Liability Coverage only:

   If "you" are a religious or educational institution, "insured" also includes:

   a. any elder, deacon, vestryman, councilman, clergyman, teacher, or any member of the board of trustees, governors, or board of education, but only while acting within the scope of such duties;

   b. any organization controlled by "you";

   c. any other member of "yours" but only while acting on "your" behalf; and

   d. any volunteer worker but only while acting on "your" behalf with "your" consent and knowledge.

2. With respect to Coverage V -- Sexual Misconduct and Sexual Molestation Liability Coverage only, the definition of "bodily injury" is deleted and replaced by the following:

   "Bodily injury" means bodily harm sustained by a person and includes required care and loss of services. "Bodily injury" includes mental or emotional injury, suffering, distress, damage, or trauma.

3. With respect to Coverage V -- Sexual Misconduct and Sexual Molestation Liability Coverage only, the following definition is added:

   "Authorized counselor" means a person or organization, other than "you", that is licensed to provide counseling services.

## PRINCIPAL COVERAGES

The following coverage is added to the Commercial Liability Coverage.

**Coverage V -- Sexual Misconduct and Sexual Molestation Liability Coverage**

"We" pay, subject to the Each Claim Limit and the Aggregate Limit shown for Coverage V on the Schedule, all sums which an "insured" becomes legally obligated to pay as "damages" due to "bodily injury" arising out of sexual misconduct or sexual molestation.

This coverage applies only if the act of sexual misconduct or sexual molestation:

1. takes place in the "coverage territory"; and

2. occurs during the policy period.

## ADDITIONAL COVERAGE

With respect to Coverage V -- Sexual Misconduct and Sexual Molestation Liability Coverage provided by this endorsement, the following Additional Coverage is added. Unless otherwise shown, it is subject to all the "terms" of the policy. The Third Party Counseling Reimbursement Coverage does not increase the "limits" stated for the Principal Coverages.

**THIRD PARTY COUNSELING REIMBURSEMENT COVERAGE**

1. Regardless of the "insured's" legal liability, "we" will reimburse "you" for counseling expenses "you" have paid to an "authorized counselor" for services rendered to a person against whom sexual misconduct or sexual molestation was directed.

Includes copyrighted material used with permission of American Association of Insurance Services, Inc.

b. "We" do not pay for "damages" or fines on behalf of any "insured" resulting from the actual or alleged violation of any criminal or penal statue.

c. "We" do not pay for defense costs for any person resulting from the actual or alleged violation of any criminal or penal statute, except as provided for under Defense Coverage for Accused Persons.

d. "We" do not pay for liability which is assumed by the "insured" under any contract or agreement.

e. "We" do not pay for "bodily injury" that arises out of the ownership, maintenance, operation, use, "loading or unloading" of any "auto", mobile equipment, motor vehicle, trailer, semi-trailer, watercraft, or aircraft.

f. "We" do not pay for "bodily injury" to any "insured".

g. "We" do not pay for liability if "you" fail to give "us" written notice within 30 days of the time in which "you" receive notice or are made aware of any circumstances involving a person or persons which may result in a claim or suit alleging sexual misconduct or sexual molestation.

h. "We" do not pay for any liability arising out of "property damage", "personal injury", or "advertising injury".

## HOW MUCH WE PAY

With respect to Coverage V -- Sexual Misconduct and Sexual Molestation Liability Coverage only, the following provisions are added to How Much We Pay:

1. The Aggregate Lime shown on the Schedule for Coverage V is the most "we" will pay during a policy period for all "damages" under Coverage V -- Sexual Misconduct and Sexual Molestation Liability Coverage.

2. The Each Claim Limit shown on the Schedule for Coverage V, subject to the Aggregate Limit shown on the Schedule for Coverage V, is the most "we" will pay for all "damages" arising out of a single claim covered under Coverage V -- Sexual Misconduct and Sexual Molestation Liability Coverage.

Regardless of the number of acts of sexual misconduct or sexual molestation by any one person, period of time over which such acts occur, or number of persons acted upon, all injury arising out of all covered acts of sexual misconduct or sexual molestation by one person or by two or more persons acting together, will be considered one claim, subject to the Each Claim Limit.

## WHAT MUST BE DONE IN CASE OF LOSS

The following applies only to Coverage V:

Under WHAT MUST BE DONE IN CASE OF LOSS, the item entitled Notice is deleted and replaced by the following:

1. Notice --

a. In the case of an "occurrence", or if an "insured" becomes aware of anything involving a particular person or persons that indicates that there might be a claim under Coverage V -- Sexual Misconduct and Sexual Molestation Liability Coverage, "you" must arrange for prompt notice to be given to "us" or "our" agent within 30 days of the time in which "you" become aware of such circumstances. Notice to "our" agent is notice to "us".

b. The notice to "us" must state.

1) the "insured's" name;
2) the policy number;
3) the time, the place, and the circumstances of the "occurrence", or the situation that indicates that there might be a claim; and
4) the names and addresses of all known and potential claimants and witnesses.

SMCL 0530 04 06

Includes copyrighted material used with permission of American Association of Insurance Services, Inc.

This endorsement changes the Commercial Liability
Coverage provided by this policy
-- **PLEASE READ THIS CAREFULLY** --

SMCL 0538 10 15
Page 1 of 5

# LEGAL DEFENSE COVERAGE

(Entries required to complete the Schedule will be
shown below or on the "declarations".)

### SCHEDULE

Coverage D - Legal Defense Coverage Limits

$ __25,000__      Each Defensible Incident Limit

$ __75,000__      Aggregate Limit

The Commercial Liability Coverage is amended as
follows:

## DEFINITIONS

With respect to the coverage provided by this
endorsement, the following definitions are added:

1. "Administration" means performing the
   following acts for the "Employee Benefit
   Program":

   a. giving counsel to "employees";

   b. interpreting the "Employee Benefit
      Program";

   c. handling and maintenance of records;

   d. effecting enrollment, termination, or
      cancellation of "employees";

   e. calculation service and compensation
      credits;

   f. calculating benefits;

   g. preparing "employee" communication
      material, reports required by government
      agencies, and reports concerning
      participants' benefits;

   h. processing claims; or

   i. collection of contributions and distribution
      thereof;

   provided all of these acts are authorized by
   "you".

2. Defense costs" means the cost of reasonable
   and customary attorney's fees for legal
   services rendered in defending "suits" brought
   against "you" and includes attorney's
   expenses in relation to those services.

   The fees and expenses must qualify as a
   deductible expense to "you" under
   Section 162 of the United States Internal
   Revenue Code.  This applies even if "you" are
   not subject to the code.

3. "Defensible incident" means any acts,
   omissions, or failures of the "insured". Every
   act, omission, or failure involving substantially
   the same general circumstances shall be
   considered one "defensible  incident" subject
   to the Each Defensible  Incident Limit in force
   at the time the first such "defensible incident"
   covered by this policy occurred.

   "Defensible incident" does not include any
   deliberate acts, omission, or failures for
   purposes of causing a "suit" to be filed
   against "you".

Includes copyrighted material with the permission of American Association of Insurance Services, Inc.

e. employment related defamation or intentional infliction of emotional distress; or

f. "retaliation".

## PRINCIPAL COVERAGES

"We" provide the principal coverages described below, subject to the Coverage D -- Legal Defense Coverage Each Defensible Incident Limit and Aggregate Limit.

**Coverage D -- Legal Defense Coverage**

"We" will pay "defense costs" incurred by the "insured" that result from a "suit" to which this insurance applies. This insurance applies to these "defense costs" only if:

1. the "suit" results from a "defensible incident" that takes place in the "coverage territory"; and

No other obligation or liability to perform acts or services is covered.

## EXCLUSIONS

The exclusions in the policy to which this endorsement is attached are deleted and replaced by the following exclusions with respect to the coverage provided by this endorsement.

This insurance does not apply:

1. to any "defense costs" incurred because of:

   a. "bodily injury", "property damage", "personal injury", "advertising injury" or "emotional injury";

b. "wrongful acts";

c. "wrongful employment practices";

d. injury arising out of:

   1) any act of "sexual misconduct of sexual molestation"; or
   2) any acts, errors, or omissions in providing or failing to provide any professional service; or
   3) negligent acts, errors, or omissions of the "insured" in the "administration" of an "Employee Benefit Program";

e. a dispute involving this contract or any other contract issued by "us";

f. any class action "suit";

g. any obligation of the "insured" under a workers' compensation, disability benefits, unemployment compensation, or any similar law; or

h. any dispute between the "insured" and "us".

i. any dispute or suit involving ownership of real property.

2. if any "defense costs" are:

   a. an obligation of "ours" or any other insurance company under any other insurance policy or endorsement; or

   b. an obligation of any other person, group, or organization (other than an "insured");

   even if the obligation is only a partial obligation.

3. to any "damages".

Includes copyrighted material with the permission of American Association of Insurance Services, Inc.

5. **Deductible** -- "We" will not make any payments for "defense costs" that fall within the deductible amount, except as provided under the Settlement of Deductible Condition. Once "defense costs" exceeds $250, "we" will pay "defense costs" in excess of the deductible amount, up to "our" "limits". If payable under this endorsement, "defense costs" not exceeding the deductible amount are "your" responsibility.

## CONDITIONS

1. With respect to the coverage provided by this endorsement, the following additional conditions apply.

   a. **Your Choice of an Attorney** -- "You" have a right to choose "your" own attorney, but "your" attorney must be licensed to provide legal service. "Your" attorney has the right to freely exercise his or her professional judgment in the defense of any "suit" against "you".

   b. **Settlement of Deductible** -- "We" may pay all or any part of the deductible amount to effect settlement of a "suit". Upon notification of "our" action, "you" must promptly reimburse "us" for the part of the deductible amount that "we" have paid.

   c. **Duty to Investigate or Defend** -- "We" have no duty to investigate or defend any "suit" brought against "you".

   d. **Two or More Policies Issued By Us** --

   If two or more policies issued by "us" apply to the same "insured" and these policies also apply to the same "suit", the maximum amount "we" will pay as "damages" under all the policies will not exceed the highest applicable "limit" that applies to any one of the policies.

This does not apply to any policy issued by "us" that is specifically written as excess insurance.

   e. **Arbitration** -- If "we" and the "insured" cannot reach an agreement concerning any of the "terms" if this Legal Defense Coverage, the disagreement will be settled by arbitration. The rules of the American Arbitration Association will be followed. The arbitrator shall have the power to determine the meaning of the "terms" of this coverage. The arbitrator shall not have the power to change or amend this coverage, unless "we" and all "insureds" consent to the change in writing.

2. With respect to the coverage provided by this endorsement, Insurance Under More Than One Policy is deleted and replaced by the following:

   **Insurance Under More Than One Policy** –

   a. This insurance is primary and the amount of "our" obligation is not reduced because of other insurance which applies to the loss on other than a primary basis.

   b. However, if there is other insurance that is also primary and:

      1) contribution by equal shares is allowed, "we" will contribute equal amounts with the other insurers until:

         a) "we" have either paid "our" "limit"; or
         b) the "defensible costs" are fully paid,

         whichever comes first; or

      2) contribution by equal shares is not allowed, "we" will pay, up to "our" "limit", the proportion that "our" "limit" bears to the total of the "limits" of all policies providing coverage.

SMCL 0538 10 15

Includes copyrighted material with the permission of American Association of Insurance Services, Inc.

This endorsement changes the Commercial Liability
Coverage provided by this policy
**-- PLEASE READ THIS CAREFULLY --**

# EMPLOYMENT PRACTICES LIABILITY
## CLAIMS MADE BASIS

(Entries required to complete the Schedule
will be shown below or on the "declarations".)

### SCHEDULE

Coverage F - Employment Practices
Liability Limits:

$ __100,000__     Each Claim

$ __100,000__     Aggregate

Coverage F - Employment Practices Liability
Deductible:

$ 2,500 Each Claim

Retroactive Date, if any:
(If no Retroactive Date applies, indicate
'none')

__04/15/2016__

The Commercial Liability Coverage is amended
as follows:

2)   an applicant seeking employment
by "you",

which maintains that "you" are liable
for "damages" due to injury that results
from a "wrongful employment
practice".

"Claim" includes a "suit" and an Equal
Employment Opportunity Commission
(EEOC) charge or any similar federal,
state, or local agency action.

# DEFINITIONS

"Claim" does not include any labor or
grievance arbitration proceedings that
are subject to a collective bargaining
agreement.

With respect to the coverage provided by this
endorsement, the following definitions are
added or revised:

1.   The following definitions are added:

a.   "Claim" means a written assertion,
made by or on behalf of:

1) "your" "employee"; or

Includes copyrighted material with the permission of American Association of Insurance Services, Inc.

"Damages" does not include:

a. civil or criminal fines, liquidated damages, or multiple damage awards including but not limited to treble damages;

b. amounts the "insured" is legally obligated to pay as severance or back pay, insurance coverage, money, stocks, or any other form of compensation any contract is alleged to provide for upon termination of employment for any reason, including but not limited to allegations of any actual or alleged breach of an express oral or written contract;

c. non-monetary relief, including the cost of opposing, defending against, or complying with any part of a "claim" seeking injunctive relief;

d. insurance policy benefits accrued to any person alleging a "wrongful employment practice", including health insurance benefits or disability insurance benefits;

e. tax liabilities incurred by a person alleging a "wrongful employment practice"; or

f. any deductible or self-insured amount applicable to any other insurance which any "insured" is required to pay for any reason.

5. The definition of "employee" is deleted and replaced by:

"Employee" means an individual whose labor or service is or was retained by "you".

This includes part-time workers, seasonal workers, "temporary workers", "leased workers", and "supervisory employees".

"Employee" does not include an "independent contractor" or a "volunteer worker".

6. The definition of "insured" is deleted and replaced by:

a. "Insured" means:

1) "you" and "your" spouse, but only with respect to the conduct of a business of which "you" are the sole owner, if the "declarations" shows that "you" are an individual;

2) "you" and all of "your" partners or members and their spouses, but only with respect to the conduct of "your" business, if the "declarations" shows that "you" are a partnership or a joint venture;

3) "you" and all of "your" members and managers, but only while acting within the scope of their duties, if the "declarations" shows that "you" are a limited liability company;

4) "you" and all of "your" trustees, but only while acting within the scope of their duties as trustees, if the "declarations" shows that "you" are a trust;

5) "you" and all of "your" executive officers and directors, but only while acting within the scope of their duties, if the "declarations" shows that "you" are an organization (other than a partnership, joint venture, or limited liability company). It also includes "your" stockholders, but only for their liability as such; and

6) "your" "employees".

b. No person, entity, or organization qualifies as an "insured" with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as an "insured" on the "declarations".

Includes copyrighted material with the permission of American Association of Insurance Services, Inc.

employment practice" may arise. "We" may settle resulting "claims", if "we" have "your" written consent to do so.

a. If "we" investigate or defend a "claim", "we" will pay:

1) costs taxed to the "insured";
2) the actual fees and salaries of attorneys, paralegals, law clerks, and their in-house support staff that are retained by the "insured":

   a) with "our" written consent;
   b) by court order; or
   c) when required by an administrative hearing or proceeding,

   if such legal counsel meets the minimum qualifications required by "us" or any applicable statute in the state in which such legal counsel will perform services.

   This includes the salaries and fees of the "insured's" in-house legal counsel, but only to the extent that such salaries and fees can be allocated to the defense of a specific "claim" alleging a "wrongful employment practice" to which Coverage F applies. This does not include the salaries and fees of any other "employees" of the "insured";

3) up to $250 per day for the "insured's" loss of earnings for time spent away from work at "our" request;

4) the actual fees and salaries of attorneys, paralegals, law clerks, and their in-house support staff that "we" retain on any "insured's" behalf. This includes salaries and fees of "our" in-house legal counsel, but only to the extent that such salaries and fees can be allocated to the defense of a specific "claim" alleging a "wrongful employment practice" to which Coverage F applies. This

does not include the salaries and fees of any other "employees" of "ours"; and

5) other necessary expenses incurred by "us" or incurred by the "insured" at "our" request.

3. The amount "we" pay for "damages" and/or defense costs for Coverage F is limited, as described, under How Much We Pay.

   "We" do not provide coverage for "damages" or pay related defense costs under Coverage F after "we" have paid an amount equal to the applicable "limit" as the result of defense costs or a judgment or a written settlement agreed to by "us".

4. "We" will not be liable or pay for any sums other than those described in 1. and 2. above, except as specifically provided under Supplemental Payments.

## SUPPLEMENTAL COVERAGES

With respect to the coverage provided by this endorsement, Supplemental Coverages is deleted and replaced by the following:

### PRE-JUDGMENT AND POST-JUDGMENT INTEREST

1. If "we" defend a "claim", "we" will pay:

   a. pre-judgment interest awarded against the "insured" on that part of the judgment "we" pay. If "we" offer to pay the "limit" that applies, "we" will not pay any pre-judgment interest based on that period of time after the offer; and

   b. the interest which accrues on the entire amount of a judgment beginning with entry of a judgment and ending when "we" tender, deposit in court, or pay the portion of the judgment that is up to, but does not exceed, the "limit" that applies.

2. These Supplemental Coverages are not subject to the deductible provision, and are

Includes copyrighted material with the permission of American Association of Insurance Services, Inc.

AAIS
SMCL 0560 04 05
Page 7 of 10

allegations made against the "insured" are valid.

11. "We" do not pay for "claims" for consequential injury to a spouse, parent, sibling, child, domestic partner, or other relative of any person against whom a "wrongful employment practice" has been, or is alleged to have been, committed.

12. "We" do not pay for "claims" for "wrongful employment practices" that arise out of "your" financial impairment including bankruptcy, insolvency, receivership, liquidation, mergers, or acquisitions.

13. "We" do not pay for "claims" for "bodily injury", "property damage", or "personal and advertising injury".

14. "We" do not pay for "claims" that result from "wrongful employment practices" which were the subject of pending litigation of any other insurer prior to the inception of this coverage.

15. "We" do not pay for "claims" arising out of acts of "retaliation" taken against an "employee" in response to the "employee's" actual or alleged filing of a "suit" or "claim" under the federal False Claims Act, or any amendments thereto, or any similar federal, state, or local whistleblower law.

## WHAT MUST BE DONE IN CASE OF LOSS

With respect to the coverage provided by this endorsement, What Must Be Done In Case Of Loss is deleted and replaced by the following:

1. **Notice** --

   a. If a "claim" is received by an "insured" or if an "insured" becomes aware of an incident that may lead to a "claim" being filed under this Employment Practices Liability coverage in the future, "you" must notify "us" in writing, as soon as practicable. Notice to "our" agent is notice to "us".

   1) The notice to "us" must provide the details of the "claim", or the incident that may lead to a "claim", including:

      a) the name of the "insured" who was made aware of the allegation;
      b) the name of the "insured" against whom the allegation is being made;
      c) the policy number;
      d) the time, the date, the place, and the circumstances of the alleged "wrongful employment practice"; and
      e) the names and addresses of all known and potential claimants and witnesses.

   2) If the "insured" who first becomes aware of circumstances that may lead to a "claim" being filed is the "insured" against whom a "claim" is ultimately made, the failure of that "insured" to advise "us" of the requested information will not be deemed a breach of the requirements of What Must Be Done In Case Of Loss for any other "insured".

2. **Other Duties** --

   a. If a "claim" is made or a "suit" is brought against any "insured", "you" and any other "insured" involved in the "claim" or "suit" must:

   1) promptly send to "us" copies of all legal papers, demands, and notices received in connection with the "claim" or "suit"; and
   2) at "our" request, cooperate and assist "us":

      a) in the investigation, defense, and settlement of the "claim" or "suit";
      b) by attending trials, hearings, and proceedings;
      c) by enforcing rights against all parties who may be liable to any "insured" for "damages" or

Includes copyrighted material with the permission of American Association of Insurance Services, Inc.

1. With respect to the coverage provided by this endorsement, the following additional conditions apply.

    a. **Settlement of Deductible** -- "We" may pay all or any part of the deductible amount to effect settlement of a "claim" or "suit". Upon notification of "our" action, "you" must promptly reimburse "us" for the part of the deductible amount that "we" have paid.

    b. **Consent To Settle** -- If "we" recommend a settlement to "you", which is acceptable to the claimant, but to which "you" do not consent, the most "we" will pay in the event of a later settlement or judgment will be:

        1) the amount "we" originally recommended for settlement as "damages"; and

        2) the amount of defense costs incurred up to the date of "your" refusal.

2. With respect to the coverage provided by this endorsement, Insurance Under More Than One Policy is deleted and replaced by the following:

    **Insurance Under More Than One Policy** --

    a. For "claims" first reported during the policy period, this coverage is primary, unless otherwise stated. The Coverage F -- Employment Practices Liability Each Claim Limit and Coverage F -- Employment Practices Liability Aggregate Limit of insurance shown in the Schedule will not be reduced because of other valid and collectible insurance which applies to such "claims" on other than a primary basis.

    b. However, if there is other insurance that is also primary and:

        1) contribution by equal shares is allowed, "we" will contribute equal amounts with the other insurers until:

            a) "we" have either paid "our" "limit"; or

            b) the full amount of the "claim" has been paid,

            whichever comes first; or

        2) contribution by equal shares is not allowed, "we" will pay, up to "our" "limit", the proportion that "our" "limit" bears to the total of the "limits" of all policies providing coverage.

## EXTENDED REPORTING PERIOD

With respect to the coverage provided by this endorsement, the following provisions are added:

1. "You" will be given the opportunity to purchase an Extended Reporting Period if:

    a. "you" elect to cancel or not renew this coverage;

    b. "we" cancel this coverage for a reason other than "your" nonpayment of premium;

    c. "we" elect not to renew this coverage;

    d. "we" renew or replace this coverage with other insurance that:

        1) provides claims made coverage; and

        2) has a Retroactive Date later than the Retroactive Date of the coverage provided by this endorsement, if any; or

This endorsement changes
the policy
**PLEASE READ THIS CAREFULLY**

# COVERAGE P -- PERSONAL INJURY LIABILITY
# ADVERTISING INJURY LIABILITY COVERAGE

This endorsement modifies insurance provided under Commercial Liability Coverage (Broad Form Coverage).  Coverage P -- Personal Injury Liability/Advertising Injury Liability is amended as follows:

**COVERAGE P -- PERSONAL INJURY LIABILITY
ADVERTISING INJURY LIABILITY**

**We** pay all sums which an **insured** becomes legally obligated to pay as **damages** due to **personal injury** or **advertising injury** to which this insurance applies.

1. **We** cover:

    a. **personal injury** arising out of an offense committed in the course of your business; and

    b. **advertising injury** arising out of an offense committed in the course of advertising **your** goods, products, or services.

2. The **personal injury** or **advertising injury** offense must be committed:

    a. within the **coverage territory**; and

    b. during the policy period.

SMCL 0562 12 07

Includes copyrighted material with the permission of American Association of Insurance Services

AAIS
SMCL 0564 04 09
Page 1 of 1

This endorsement changes
the policy
**PLEASE READ THIS CAREFULLY**

# EXCESS MEDICAL PAYMENTS COVERAGE
## ATHLETIC ACTIVITIES

The policy is amended as follows.  All other "terms" of the policy apply, except as amended by this endorsement.

1.  Under Additional Exclusions That Apply Only To Medical Payments, exclusion 4. is deleted and replaced by the following:

    "We" do not pay for medical expenses for "bodily injury" to a person that occurs during travel to or from athletic activities sponsored by "you".

2.  The coverage provided by this endorsement is in excess of and will not contribute with any other valid and collectible insurance available to the "insured" or injured person.

    If no other valid and collectible insurance is available to the "insured" or injured person, coverage provided by this endorsement is primary.

SMCL 0564 04 09

Includes copyrighted material with the permission of American Association of Insurance Services

AAIS
SMCL 0565 04 09
Page 1 of 1

This endorsement changes
the policy
**PLEASE READ THIS CAREFULLY**

# MEDICAL PAYMENTS COVERAGE
## SCHOOL AND DAY CARE ACTIVITIES

(The entries required to complete the Schedule will
be shown below or on the "declarations".)

**Schedule**

| | |
|---|---|
| _____ | **Primary Medical Payments Coverage for School Activities and Day Care Activities** |
| __X__ | **Excess Medical Payments Coverage for School Activities and Day Care Activities** |

The policy is amended as follows.  All other "terms" of the policy apply,
except as amended by this endorsement.

1.  Under Additional Exclusions That Apply Only To Medical Payments,
    exclusion 9.a. is deleted and replaced by the following:

    a.  student or camper enrolled in any kindergarten, day care, school, or
        camp program of any facility owned or operated by "you", or on
        "your" behalf, if the "bodily injury" occurs during travel to or from
        activities sponsored by "you".

2.  An entry on the Schedule above indicates whether the Medical
    Payments Coverage provided by this endorsement is primary or excess.
    When such coverage is excess and other valid and collectible insurance
    is available to the "insured" or the injured person, the coverage
    provided by this endorsement is in excess of and will not contribute
    with the other insurance.

SMCL 0565 04 09

Includes copyrighted material with the permission of American Association of Insurance Services

**AAIS**
**SMCL 0566 04 09**
**Page 1 of 1**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# LOST WAGES COVERAGE

(The entries required to complete the Schedule
will be shown below or on the "declarations".)

**Schedule**

| | Limit |
|---|---|
| Lost Wages | $  1,000 |

The Commercial Liability Coverage is amended as follows:

1. With respect to coverage provided by this endorsement, the following definition is added under Definitions:

   "Lost wages" means the base wage a person loses because of "bodily injury".

2. With respect to coverage provided by this endorsemet, the following is added:

   ADDITIONAL COVERAGE -- LOST WAGES

   a. "We" pay two-thirds of the total amount of "lost wages" a person incurs for up to 30 days after the "bodily injury". The most "we" pay under this coverage is the lesser of:

      1) two-thirds of the total amount of "lost wages" incurred; or
      2) the "limit" shown in the Schedule above.

   b. "We" pay under this coverage only if:

      1) medical expenses are paid under Coverage M for the "bodily injury"; and

      2) "we" receive sufficient proof of the "lost wages".

Sufficient proof means:

   a) written documentation from the injured person's employer at the time of the "bodily injury"; or
   b) if the injured person is self-employed at the time of the "bodily injury", tax returns and other essential documents.

   c. If any other insurance, plan, or program pays the full two-thirds of the total amount of "lost wages" incurred by the injured person, "we" will not pay the injured person for "lost wages" under this coverage. If any other insurance, plan, or program pays less than two-thirds of the total amount of "lost wages" incurred by the injured person, "we" will pay the difference between two-thirds of the total amount of "lost wages" incurred and the amount paid by the other insurance, plans, or programs combined, subject to item a. above.

   d. No person will be entitled to receive duplicate payments for the same "lost wages" under Additional Coverage -- Lost Wages and Coverage L.

3. With respect to coverage provided by this endorsement, items 2.b. and 4.b. under How Much We Pay are deleted and replaced by the following:

   b. all medical expenses under Coverage M and all "lost wages" under Addictiona Coverage -- Lost Wages.

**SMCL 0566 04 09**

17    Includes copyrighted material used with permission of American Association of Insurance Services, Inc.

AAIS
SMCL 0567 04 09
Page 1 of 4

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# COVERAGE Y -- VIOLENT ACTS EXPENSE

(The entries required to complete the Schedule
will be shown below or on the "declarations".)

## Schedule

| Limits: | | |
|---|---|---|
| $ | 50,000 | Each Person |
| $ | 50,000 | Each Event |
| $ | 50,000 | Aggregate |

The Commercial Liability Coverage is amended as
follows. All other "terms" of the policy apply,
except as amended by this endorsement.

## DEFINITIONS

The following additional definitions apply only to
Coverage Y -- Violent Acts Expense:

1. "Violent act" means an incident that:

   a. is due to an intentional criminal act or a
   series of related intentional criminal acts;
   and

   b. results in one or more persons, other than
   the perpetrator(s), being held as a
   "hostage" or sustaining "critical injury".

   However, "violent act" does not include
   "disorderly conduct".

   A "violent act":

   a. starts when the first criminal act or series
   of criminal acts begins; and

   b. ends when the criminal act or series of
   criminal acts concludes, or when the
   premises have been secured by proper
   civil authority, whichever occurs first.

2. "Covered expenses" means only reasonable
   and necessary expenses, other than
   emergency medical expenses, approved by
   "us" before they are incurred.

3. "Critical injury" means:

   a. "bodily injury" that leads to permanent or
   protracted physical disfigurement, or
   protracted loss of or impairment of the
   function of a bodily member or organ;

   b. "bodily injury" that involves a substantial
   risk of death; or

   c. death.

4. "Disorderly conduct" means behavior, such as
   a fistfight, brawling, or yelling, that interferes
   with or disrupts an "organized event" but
   does not cause a reasonable adult to believe
   he or she is in immediate danger of "critical
   injury".

5. "Hostage" means a person confined or
   restrained against his or her will by someone,
   with a threat of "critical injury" that causes a
   reasonable adult to believe such person is in
   danger of "critical injury".

6. "Lost wages" means the base wage a person
   loses because of a "violent act", to the extent
   such wage was paid at the time of the
   "violent act".

7. "Organized event" means only an event or
   activity sponsored by "you".

8. "Relative" means a spouse, parent, child,
   stepchild, legally adopted child, foster child,
   grandchild, brother, sister, brother-in-law,
   sister-in-law, stepparent, grandparent, or legal
   guardian.

9. "Sexual activity" means any activity which is
   sexual in nature.

AAIS
SMCL 0567 04 09
Page 3 of 4

## WHAT MUST BE DONE IN CASE OF LOSS

With respect to Coverage Y -- Violent Acts Expense only, item 1. Notice, and item 3. Volunteer Payments, are deleted and replaces by the following.

1. **Notice** --

   a. In the event of a "violent act", "you" must notify "us" or "our" agent as soon as practicable. Notice to "our" agent is notice to "us".

   b. The notice to "us" must state:

      1) the "insured's" name and policy number;
      2) the time, place and the circumstances of the "violent act";
      3) the names and addresses of any injured persons and witnesses; and
      4) the nature of any injuries arising out of the "violent act".

2. **Volunteer Payments** -- An "insured" must not make payments, assume obligations, or incur any expenses without "our" prior approval.

## HOW MUCH WE PAY

With respect to Coverage Y -- Violent Acts Expense only, How Much We Pay is deleted and replaced by the following:

1. The "limits", shown in the Schedule above and subject to the following conditions, are the most "we" pay for the sum of all "covered expenses" arising out of a "violent act", regardless of:

   a. the number of people sustaining "critical injury" or held as "hostages";

   b. the number of perpetrators involved;

   c. the period of time over which the "violent act" occurs; or

   d. the number of policy periods over which the "violent acts' occurs. The "limits" of insurance applicable when the "violent act" first begins will apply.

2. The Violent Acts Expense Aggregate Limit is the most "we" will pay for the sum of all "covered expenses" arising out of all "violent acts".

3. Subject to item 2. above, the Violent Acts Expense Each Event Limit is the most "we" will pay for the sum of all "covered expenses" arising our of any one "violent act".

   With respect to the Violent Acts Expense Each Event Limit, "covered expenses" include the following:

   a. funeral expenses up to $10,000 for any one funeral;

   b. up to two-thirds of the total amount of "lost wages" incurred by:

      1) a person who sustains "critical injury";
      2) a person held as a "hostage"; or
      3) a "relative" of any person described under items 1) or 2) above who provides for such person's care;

      for up to 30 days after a "violent act". The most "we" pay for "lost wages" is $2,500.

      If any other plans, policies, or programs pay the full two-thirds of the total amount of "lost wages" incurred by any person described under items 1) through 3) above, "we" will not pay such person for "lost wages" under this coverage. If any other plans, policies, or programs pay less than two-thirds of the total amount of "lost wages" incurred by any person described under items 1) through 3) above, "we" will pay the difference between two-thirds of the total amount of "lost wages" incurred and the amount paid to such person by the other plans, policies, or programs combined, subject to the $2,500 maximum "limit" shown above.

Includes copyrighted material used with permission of American Association of Insurance Services, Inc.

SMCL 0570 11 15
Page 1 of 6

This endorsement changes the Commercial
Liability Coverages provided by this policy
-- PLEASE READ THIS CAREFULLY --

# EMOTIONAL INJURY LIABILITY
## FOR DISCRIMINATORY PRACTICES

(The entries required to complete this endorsement
will be shown below or on the "declarations".)

## SCHEDULE

**Coverage Z - Emotional Injury Liability For Discriminatory Practices**

Limits:  $ __50,000__  Each Occurrence

$ __50,000__  Aggregate

The Commercial Liability Coverage is amended
as follows:

## DEFINITIONS

1. With respect to the coverage provided by
   this endorsement, the definition of
   "coverage territory" is deleted and replaced
   by the following:

   "Coverage territory" means:

   a. the "basic territory";

   b. international waters or airspace, but
      only with respect to "emotional injury"
      that occurs in the course of transit
      between any places included in the
      "basic territory"; and

   c. other parts of the world, but only with
      respect to "emotional injury" that arises
      out of:

      1) the activities of a person who
         normally resides in the "basic
         territory", but is away for a short
         time on "your" behalf; or
      2) "discriminatory practices" that occur
         through electronic communication or
         the Internet;

   provided that the "insured's" liability to pay
   "damages" has been determined in a suit on
   the merits in the "basic territory", or in a
   settlement to which "we" have agreed.

2. With respect to the coverage provided by
   this endorsement, the definition of
   "damages" is deleted and replaced by the
   following:

   "Damages" means compensation in the
   form of money.

   "Damages" does not include "damages"
   such as:

   a. civil or criminal fines, penalties, multiple
      damage awards including but not limited
      to treble damages, liquidated damages,
      or any other amount of damages
      awarded as a penalty; or

   b. non-monetary relief, including the cost
      of opposing, defending against, or
      complying with any part of a claim
      seeking injunctive relief.

3. With respect to the coverage provided by
   this endorsement, the following definitions
   are added:

   a. "Discriminatory practice" means an act,
      omission, or failure by an "insured",
      while acting on behalf of "your"
      organization, that results in actual or
      alleged discrimination based on age,
      gender or gender identity, race, color,
      national origin, religion, marital status,
      sexual orientation or preference,
      disability, or other protected status
      established under federal, state, or local
      law.

Includes copyrighted material with the permission of American Association of Insurance Services, Inc.

3) actual loss of earnings by the "insured" for the time spent away from work at "our" request. "We" pay up to $100 per day;

4) the actual fees and salaries of attorneys, paralegals, law clerks, and their in-house support staff that "we" retain on any "insured's" behalf. This includes salaries and fees of "our" in-house legal counsel only to the extent such salaries and fees can be allocated to the defense of a suit alleging a "discriminatory practice" to which Coverage Z -- Emotional Injury Liability For Discriminatory Practices applies. This does not include the salaries and fees of any other "employees" of "ours"; and

5) other necessary expenses incurred by "us" or incurred by the "insured" at "our" request.

c. However, Defense Coverage is not provided under the "terms" of this endorsement with respect to:

1) an obligation of "ours" or any other insurance company under any other insurance policy or any other endorsement to this policy; or

2) an obligation of any other person, group, or organization (other than an "insured");

even if the obligation is only a partial obligation.

3. "We" do not provide coverage for "damages" under Coverage Z -- Emotional Injury Liability For Discriminatory Practices or pay costs under Defense Coverage after "we" have paid an amount equal to the applicable "limit" as the result of defense costs or a judgment or a written settlement agreed to by "us".

4. Exclusions -- The coverage provided by this endorsement does not apply to:

a. "bodily injury" that does not arise out of "emotional injury" covered by this endorsement, "property damage", "personal injury", or "advertising injury".

b. "emotional injury" that arises out of a "discriminatory practice" by anyone who is not authorized by "you" or "your" leaders to act on behalf of "your" organization.

c. "emotional injury" that arises out of any work-related harassment; work-related discrimination; wrongful termination; wrongful failure to hire, promote, or grant tenure; wrongful demotion; work-related reassignment, discipline, or negligent evaluation; misrepresentation of the conditions of employment; or any other actual or alleged work-related injury sustained by "your" current or former "employee" or any applicant for employment by "you".

d. any obligation of the "insured" under a workers' compensation, disability benefits, unemployment compensation, or any similar law.

e. any claim or suit based on violation of the responsibilities, obligations, or duties imposed on fiduciaries by the Employee Retirement Income Security Act of 1974 as amended and any regulations pertaining thereto.

f. "emotional injury" that arises out of any conduct or activity which is sexual in nature, whether permitted or not permitted.

g "emotional injury" that arises out of any counseling activity or any other consultation service that involves the offer of advice or guidance.

## SUPPLEMENTAL COVERAGES

With respect to the coverage provided by this endorsement, the Supplemental Coverages are deleted and replaced by the following:

**PRE-JUDGMENT AND POST-JUDGMENT INTEREST**

If "we" defend a suit, "we" will pay:

Includes copyrighted material with the permission of American Association of Insurance Services, Inc.

SMCL 0570 11 15
Page 5 of 6

1. Unless a different Each Occurrence Limit is shown the Each Occurrence Limit for Coverage Z -- Emotional Injury Liability For Discriminatory Practices is $50,000. Unless a different Aggregate Limit is shown in the Schedule for this endorsement, the Aggregate Limit for Coverage Z -- Emotional Injury Liability For Discriminatory Practices is $50,000.

   These "limits", subject to the following additional pay for "damages" and related defense costs, regardless of the number of:

   a. "insureds" under this coverage;

   b. persons or organizations sustaining "emotional injury"; or

   c. claims made or suits brought.

   The investigation, settlement, or payment of a claim, the defense or settlement of a suit, or payment of a judgment under Coverage Z -- Emotional Injury Liability For Discriminatory Practices does not mean that "we" admit "we" are liable under any other coverages.

2. The Aggregate Limit for this endorsement is the for "emotional injury" and all related defense costs covered by this endorsement for each consecutive 12-month period beginning with the inception date of this endorsement. It also applies to any remaining policy period of less than 12 months, unless the policy period is extended after it is written.  In that case, the Aggregate Limit for Coverage Z -- Emotional Injury Liability For Discriminatory Practices applicable to the preceding 12 months also applies to the period of time for which coverage is extended.

## CONDITIONS

1. With respect to the coverage provided by this endorsement, the following additional condition applies.
   **Two or More Policies Issued By Us** -- If two or same "insured" and these policies also apply to the same suit, the maximum amount "we" will pay as "damages" under all the policies will not exceed the highest applicable "limit" that applies to any one of the policies.

   This does not apply to any policy issued by "us" insurance.

2. With respect to the coverage provided by this endorsement, Insurance Under More Than One Policy is deleted and replaced by the following:
   **Insurance Under More Than One Policy** --

   a. This insurance is primary and the amount of "our" obligation is not reduced because of other insurance which applies to the loss on other than a primary basis.
   b. However, if there is other insurance that is also primary and:

Includes copyrighted material with the permission of American Association of Insurance Services, Inc.

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# KNOWN INJURY OR DAMAGE AMENDMENTS

The Commercial Liability Coverage is amended as follows:

1. Under Definitions, the following definition is added:

    "Designated insured" means:

    a. "you" and "your" spouse, but only with respect to the conduct of a business of which "you" are the sole owner, if "you" are shown on the "declarations" as an individual;

    b. "you" and all "your" partners or members and their spouses, but only with respect to the conduct of "your" business, if "you" are shown on the "declarations" as a partnership or a joint venture;

    c. "you" and all "your" members and managers, but only while acting within the scope of their duties, if "you" are shown on the "declarations" as a limited liability company; and

    d. "you" and all "your" executive officers and directors, but only while acting within the scope of their duties, if "you" are shown on the "declarations" as an organization (other than a partnership, joint venture, or limited liability company). It also includes "your" stockholders, but only for their liability as such; or

    e. any "employee" who is authorized to give or receive notice of an "occurrence" or a claim.

2. Under Principal Coverages, Coverage L and, if applicable, Coverage N are amended by the addition of the following:

    This insurance applies only to:

    a. "Bodily injury" or "property damage" which is not a continuation of, resumption of, or change in "bodily injury" or "property damage" that was known by a "designated insured" prior to the inception date of the policy period. If a "designated insured" knew, as stated under the Knowledge of Bodily Injury or Property Damage Condition, prior to the inception date of the policy period, that "bodily injury" or "property damage" had occurred, any continuation of, resumption of, or change in such "bodily injury" or "property damage" will be deemed to have been known by the "designated insured" prior to the inception date of the policy period.

    b. "Bodily injury" or "property damage" that occurs during the policy period and which is not a continuation of, resumption of, or change in "bodily injury" or "property damage" which was known by a "designated insured", as stated under the Knowledge of Bodily Injury or Property Damage Condition, to have occurred prior to the inception date of this policy period, will include any continuation of, resumption of, or change in such "bodily injury" or "property damage" after the end of this policy period.

3. Under Defense Coverage, the following is added:

    "We" have no duty to defend a suit or claim seeking "damages" because of "bodily injury" or "property damage" which was known by a "designated insured", as stated under the Knowledge of Bodily Injury or Property Damage Condition, prior to the inception date of the policy period.

**AAIS**

| This endorsement changes the Commercial |
| Liability Coverages provided by this policy |
| **--PLEASE READ THIS CAREFULLY --** |

GL-890
Ed 1.0

# LEAD LIABILITY EXCLUSION

The Commercial Liability Coverage is amended as follows:

## EXCLUSIONS THAT APPLY TO ALL COVERAGES

The following are added:

**We** do not pay for:

1. actual or alleged **bodily injury** arising out of the ingestion, inhalation or absorption of lead in any form;

2. actual or alleged **property damage** (or **personal injury** or **advertising injury**, if provided by the Commercial Liability Coverage) arising out of any form of lead;

3. any loss, cost or expense arising out of any request, demand or order that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of lead; or

4. any loss, cost or expense arising out of any claim or suit by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.

GL-890  Ed 1.0

Copyright MCMXCII, American Associaiton of Insurance Services

**AAIS**

**AAIS**

| This endorsement changes the Commercial |
| Liability Coverages provided by this policy |
| — **PLEASE READ THIS CAREFULLY** — |

GL-857
Ed 2.0

# EXCLUSION — CORPORAL PUNISHMENT

The Commercial Liability Coverage is amended as follows:

## EXCLUSIONS

**EXCLUSIONS THAT APPLY TO BODILY INJURY, PROPERTY DAMAGE, PERSONAL INJURY, AND/OR ADVERTISING INJURY**

The following exclusion is added:

**We** do not pay for **bodily injury** or **property damage** (or **personal injury** or **advertising injury**, if provided by the Commercial Liability Coverage) that arises out of any corporal punishment administered by or at the direction of an **insured**.

GL-857  Ed 2.0

Copyright MCMXCIV, American Association of Insurance Services

AAIS

**AAIS**
**GL 0163 01 08**
**Page 1 of 1**

This endorsement changes the Commercial
Liability Coverage provided by this policy
**-- PLEASE READ THIS CAREFULLY --**

# EXCLUSION -- WAR AND MILITARY ACTION

The Commercial Liability Coverage is amended as follows:

## EXCLUSIONS

The exclusion relating to injury or damage that arises out of war is deleted and replaced by
the following:

"We" do not pay for "bodily injury" or "property damage" (or "personal injury" or
"advertising injury", if provided by the Commercial Liability Coverage) caused directly or
indirectly by the following:

a.  war, including undeclared or civil war; or

b.  warlike action by a military force, including action in hindering or defending against an
    actual or expected attack, by any government, sovereign, or other authority using
    military personnel or other agents; or

c.  insurrection, rebellion, revolution, usurped power, or action taken by governmental
    authority in hindering or defending against any of these.

**GL 0163 01 08**

Copyright, American Association of Insurance Services, Inc., 2008

AAIS
GL 0209 10 05
Page 1 of 1

This endorsement changes the Commercial
Liability coverage provided by this policy
-- **PLEASE READ THIS CAREFULLY** --

# ASBESTOS EXCLUSION

The Commercial Liability Coverage is amended as
follows:

## EXCLUSIONS

The following exclusions are added:

"We" do not pay for:

1.  "bodily injury" arising out of the actual, alleged,
    or threatened ingestion, inhalation, or absorption
    of asbestos, asbestos products, asbestos fibers,
    or asbestos dust;

2.  "property damage" arising out of the actual,
    alleged, or threatened contact with, existence of,
    exposure to, or presence of asbestos, asbestos
    products, asbestos fibers, or asbestos dust;

3.  "personal injury" or "advertising injury", if
    provided by the Commercial Liability Coverage,
    arising out of the actual, alleged, or threatened
    ingestion of, inhalation of, absorption of, contact
    with, existence of, exposure to, or presence of
    asbestos, asbestos products, asbestos fibers, or
    asbestos dust; or

4.  any loss, cost, or expense arising out of the
    testing for, monitoring, cleaning up, removing,
    containing, treating, detoxifying, neutralizing, or
    in any way responding to or assessing the effects
    of asbestos, asbestos products, asbestos fibers,
    or asbestos dust by any "insured" or any other
    person or organization.

GL 0209 10 05

Copyright, American Association of Insurance Services, Inc., 2005

AAIS
GL 0250 01 15
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# CERTIFIED TERRORISM LOSS

1. The following definitions are added.

   a. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States:

      1) to be an act of terrorism;
      2) to be a violent act or an act that is dangerous to human life, property, or infrastructure;
      3) to have resulted in damage:

         a) within the United States; or
         b) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission;

      4) to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and

      5) to have resulted in insured losses in excess of five million dollars in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, as amended.

   b. "Certified terrorism loss" means loss that results from a "certified act of terrorism".

2. The "terms" of any terrorism exclusion that is part of or that is attached to this Coverage Part are amended by the following provision:

   This exclusion does not apply to "certified terrorism loss".

3. The following provision is added.

   If the Secretary of the Treasury determines that the aggregate amount of "certified terrorism loss" has exceeded one hundred billion dollars in a calendar year (January 1 through December 31), and "we" have met "our" insurer deductible under the Terrorism Risk Insurance Act, as amended, "we" will not pay for any portion of "certified terrorism loss" that exceeds one hundred billion dollars. If the "certified terrorism loss" exceeds one hundred billion dollars in a calendar year (January 1 through December 31), losses up to one hundred billion dollars are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury under the Terrorism Risk Insurance Act, as amended.

GL 0250 01 15

Copyright, American Association of Insurance Services, Inc., 2015

AAIS
GL 1020 09 09
Page 1 of 1

This endorsement changes
the policy
-- **PLEASE READ THIS CAREFULLY** --

# OTHER INSURANCE AMENDMENT

The policy is amended as follows.  All other "terms" of the policy apply, except as amended by this endorsement.

## CONDITIONS

Item 2.c. under Conditions is deleted and replaced by the following:

c.  Insurance under this Commercial Liability Coverage is excess over any other insurance:

    1)  if the other insurance, whether primary, excess, contingent, or on any other basis, provides:

        a)  fire, extended coverage, builders' risk, installation risk, or similar coverage for "your work"; or
        b)  fire insurance for premises rented to"you";

    2)  if the other insurance applies to any loss arising out of the maintenance or use of aircraft, "autos", or watercraft which may be covered by this policy; or

    3)  if the other insurance is primary insurance and is available to "you" to cover liability arising out the the:

        a)  premises or operations;
        b)  completed work; or
        c)  products;

    for which "you" have been added as an additional insured by endorsement to the policy.

GL 1020 09 09

Copyright, American Association of Insurance Services, Inc., 2009

AAIS
GL 1022 09 09
Page 1 of 1

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

# INFORMATION DISTRIBUTION AND
# RECORDING VIOLATIONS EXCLUSION

The Commercial Liability Coverage is amended as follows. All other "terms" of the policy apply, except as amended by this endorsement.

## EXCLUSIONS

The following exclusion is added:

"We" do not pay for "bodily injury" or "property damage" (or "personal injury" or "advertising injury", if provided by the Commercial Liability Coverage) arising directly or indirectly out of violations of or alleged violations of:

a. the Telephone Consumer Protection Act of 1991 (TCPA), including any amendments thereto, and any similar federal, state, or local laws, ordinances, statutes, or regulations;

b. the CAN-SPAM Act of 2003, including any amendments thereto, and any similar federal, state, or local laws, ordinances, statutes, or regulations;

c. the Fair Credit Reporting Act (FCRA), including any amendments thereto, such as the Fair and Accurate Credit Transaction Act (FACTA), and any similar federal, state, or local laws, ordinances, statutes, or regulations; or

d. any other federal, state, or local law, regulation, statute, or ordinance that restricts, prohibits, or otherwise pertains to the collecting, communicating, recording, printing, transmitting, sending, disposal, or distribution of material or information.

GL 1022 09 09

Copyright, American Association of Insurance Services, Inc., 2009

AAIS
GL 1023 09 09
Page 1 of 1

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- **PLEASE READ THIS CAREFULLY** --

# EXCLUSION -- COMMUNICABLE DISEASE

The Commercial Liability Coverage is amended as
follows. All other "terms" of the policy apply,
except as amended by this endorsement.

## EXCLUSIONS

The following exclusions are added:

1.  "We" do not pay for "bodily injury" or
    "property damage" (or "personal injury" or
    "advertising injury", if provided by the
    Commercial Liability Coverage) that arises
    out of the actual or alleged transmission of a
    communicable disease by:

    a.  a person;

    b.  an "insured's" property, including
        "products"; or

    c.  the property of others in the care,
        custody, or control of an "insured".

    This exclusion applies even if the claim or
    suit against any "insured" alleges
    negligence or other improper action in the:

    a.  failure to report the communicable
        disease to proper authorities;

    b.  failure to prevent the spread of the
        communicable disease;

    c.  hiring, supervising, training, employing,
        or monitoring of others who may be
        infected with and spread a communicable
        disease; or

    d.  testing or failure to test for a
        communicable disease.

2.  "We" do not pay for any loss, cost, or
    expense arising out of any:

    a.  request, demand, or order that any
        "insured" or others test for, monitor,
        report, clean up, remove, contain, treat,
        detoxify, disinfect, sterilize, neutralize, or
        in any way respond to, assess the effects
        of, or eliminate a communicable disease
        or the conditions to which a
        communicable disease is attributed; or

    b.  claim or suit by or on behalf of any
        governmental body or authority relating
        to testing for, monitoring, reporting,
        cleaning up, removing, containing,
        treating, detoxifying, disinfecting,
        sterilizing, neutralizing, or in any way
        responding to, assessing the effects of,
        or eliminating a communicable disease or
        the conditions to which a communicable
        disease is attributed.

GL 1023 09 09

Copyright, American Association of Insurance Services, Inc., 2009

# CHANGE ENDORSEMENT

**CP - 114
Ed 1.0**

This endorsement forms part of the policy numbered below.

Policy No. SMP 0066672 08          Company   Southern Mutual Church Insurance Company

Insured   UNION CATHEDRAL

Address (as shown on declarations): 1050 E HILL AVE
                                    VALDOSTA, LOWNDES COUNTY GA 31601

Effective Date of Endorsement 07/01/2024    Policy Period: From 07/01/2022    to 07/01/2025

Authorized Representative  VALDOSTA INSURANCE SERVICES

**POLICY CHANGES**

REMOVED THE FIRST AS MORTGAGEE AND ADDED FIRST FEDERAL SAVINGS & LOAN
PER AGENT REQUEST.

**SEE AMENDED DECLARATION PAGES ATTACHED**

| PREMIUM ADJUSTMENT | Additional Premium | Return Premium | |
|---|---|---|---|
| Due at Endorsement Effective Date: | $ | $ | |

REVISED ANNUAL PAYMENTS (Applies to annual payment policies.)

| Due Dates | Original Payments | Increase | Decrease | Revised Payments |
|---|---|---|---|---|
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| Total Premium to Policy Expiration | $ | $ | |

_____

Authorized Representative Signature

## SOUTHERN MUTUAL CHURCH INSURANCE COMPANY
PO BOX 9346 COLUMBIA, SOUTH CAROLINA 29290

### COMMON POLICY DECLARATIONS
### RELIGIOUS INSTITUTIONS SPECIAL MULTI-PERIL PACKAGE POLICY

# NO.  SMP 0066672 08

**1. Named Insured and Address**
UNION CATHEDRAL
PO BOX 26
VALDOSTA GA 31603

**Agency Information**
VALDOSTA INSURANCE SERVICES
PO BOX 2070
VALDOSTA GA 31604-2070

**Telephone No.** 229-242-4560          2041

**2. Policy Period:**   07/01/2022    To  07/01/2025
(12:01 A.M. Standard Time at Location of Property Insured)

**3.** Insurance is provided with respect to the designated premises and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all the terms of this policy including forms and endorsements made a part hereof.

**4.** In return for your payment of the required premium, we provide the coverage described in this policy.

| This policy consists of the following coverages for which a premium is indicated: | Annual Premium | |
|---|---|---|
| Property Coverage | $ 6,266.00 | |
| General Liability Coverage | $ 2,358.00 | |
| Inland Marine Coverage | $ | |
| Crime Coverage | $ Included | (See Crime Form SMC 175-D) |
| Mechanical/Electrical/Pressure Systems Coverage | $ Included | |
| | $ | |
| | $ | |
| Terrorism Coverage for Certified Losses | $ 36.00 | |
| **TOTAL** | $ 8,660.00 | at inception and each annual anniversary |

**6. Countersignature:**

June 19, 2024

**POLICY FORMS**

**Policy Number: SMP 0066672 08**

**Named Insured: UNION CATHEDRAL**

---

### 7. Forms applicable to all coverages:

**Common Forms**

| | | |
|---|---|---|
| CL-0100 | (01/18) | Common Policy Conditions |
| CL-0128 | (07/18) | Amendatory Endorsement-GA |
| GAIMPNOT | (04/08) | GA Important Notice |

**Property Forms**

| | | |
|---|---|---|
| CL-0600 | (01/15) | Certified Terrorism |
| CL-0605 | (01/21) | Cert Terr-Fed Share |
| CL-0677 | (01/11) | No Cov for Diminished Value |
| CL-0700 | (10/06) | Virus or Bacteria Exclusion |
| CL-1045 | (01/21) | Terror Ins Cov Notice |
| CL-1640 | (06/06) | Conditional Terr Exclusion |
| CP-0100 | (01/18) | Common Cov Ppty Cov Conditions |
| CP-0171 | (10/08) | Exclusion - Water Damage |
| CP-0643 | (01/08) | Exclusion-War/Military Action |
| CP-1 | (1.00) | Table of Contents |
| CP-114 | (00/01) | Change Endorsement |
| CP-162 | (1.00) | Resident Agt Countersignature |
| SMCP-0493 | (10/19) | Amendatory End-GA(w/SMCP 5085) |
| SMCP-0512 | (04/15) | Building and Pers Ppty Form |
| SMCP-0534 | (05/15) | MEP/Equipment Breakdown |

| | | |
|---|---|---|
| SMCP-0538 | (09/06) | Supplemental Flood Coverage |
| SMCP-0540 | (07/18) | Protective Devices |
| SMCP-0541 | (10/20) | Water Damage-Backup of Sewers |
| SMCP-0561 | (09/17) | Exc-Cosmetic Damage Metal Roof |
| SMCP-0562 | (09/17) | Wind or Hail Deductible |
| SMCP-0563 | (09/17) | Ack of Ded for Wind or Hail |
| SMCP-5085 | (04/15) | Special Perils Part |
| SMCP0536 | (01/05) | Automatic Incr/Inflation Guard |
| SMPADV | (07/20) | Revision Advisory Notice |

**General Liability Forms**

| | | |
|---|---|---|
| CL-300 | (1.00) | Amendatory Endorsement |
| GL-0163 | (01/08) | Exclusion-War/Military Action |
| GL-0209 | (10/05) | Asbestos Exclusion |
| GL-0250 | (01/15) | Cert Terrorism - GL |
| GL-0936 | (01/11) | Pollution Exclusion Amendment |
| GL-0950 | (12/99) | Known Injury or Damage Amend |
| GL-1020 | (09/09) | Other Insurance Amendment |
| GL-1022 | (09/09) | Info Violations Exclusion |
| GL-1023 | (09/09) | Excl - Communicable Disease |
| GL-1270 | (06/06) | Conditional Terr Exclusion |
| GL-1353 | (09/14) | Exclusion-Data Breach Liab |
| GL-200 | (1.00) | Comm Liab Cov (Broad Form) |
| GL-857 | (2.00) | Exclusion-Corporal Punishment |
| GL-890 | (1.00) | Lead Liab Exclusion (Advisory) |
| SMCL-0526 | (05/11) | Pastoral Counseling Prof Liab |
| SMCL-0527 | (03/18) | Add Ins - Ch Mem, Part ... |
| SMCL-0528 | (09/01) | Cov W - Directors, Officers, & |
| SMCL-0530 | (04/06) | Cov V - Sexual Misconduct |
| SMCL-0538 | (10/15) | Legal Defense Form |
| SMCL-0560 | (04/05) | Employment Practices Liability |

| | | |
|---|---|---|
| SMCL-0562 | (12/07) | Cov P-Pers Inj Adv Inj Lia Cov |
| SMCL-0564 | (04/09) | Excess Medical Pymnts Athletic |
| SMCL-0565 | (04/09) | Excess MP & Primary Cov/Schls |
| SMCL-0566 | (04/09) | Lost Wages Coverage |
| SMCL-0567 | (04/09) | Coverage Y-Violent Acts Exp |
| SMCL-0570 | (11/15) | Emotional Injury Liability |
| SMCP-0554 | (08/12) | Identity Recovery Coverage |

**Crime Forms**

| | | |
|---|---|---|
| CR-0100 | (06/99) | General Cond Part - Crime Cov |
| CR-0316 | (12/20) | ERISA Endorsement |
| CR-0440 | (06/13) | Crime Amendatory Endors - GA |
| SMCP-0304 | (07/14) | Money and Securities Coverage |

| | | |
|---|---|---|
| SMCP-0508 | (09/01) | Employee Dishonesty Coverage |
| SMCP-0550 | (12/07) | Forgery Coverage |

**Inland Marine Forms**

## COMMERCIAL PROPERTY COVERAGE
## DECLARATION

**Policy Number:  SMP 0066672 08**

**Named Insured: UNION CATHEDRAL**

| No. | Location of Property Covered |
|---|---|
| 001 | 1050 E HILL AVE                     VALDOSTA, LOWNDES COUNTY GA |
| 002 | 1009 E ROGERS STREET          VALDOSTA, LOWNDES COUNTY GA |
| 003 | 1903 BARACK OBAMA BLVD     VALDOSTA, LOWNDES COUNTY GA |

| Loc. No. | Bldg. No. | Description | Limits of Insurance | Blanket Coverage | Inflation Guard | *Valuation | ACV Roof | Perils Part |
|---|---|---|---|---|---|---|---|---|
| 001 | 001 | CHURCH/EDUCATION/FELL | $1,843,000 | N | 2 % | RC | N | SPECIAL |
| 001 | 001 | CHURCH OWNED CONTENTS | $276,000 | N | | RC | | SPECIAL |
| 003 | 001 | DAYCARE | $2,170,000 | N | 2 % | RC | N | SPECIAL |
| 003 | 001 | CHURCH OWNED CONTENTS | $326,000 | N | | RC | | SPECIAL |

**\*RC = Replacement Cost; FRC = Functional Replacement Cost; ACV = Actual Cash Value**

Total Blanket Limit _____ for applicable Buildings and/or Property

**Optional Property Coverages:**

| | | | |
|---|---|---|---|
| Extra Expense $ 10,000 | | Ordinance or Law | $ 100,000 |
| Tombstone | | Ordinance or Law Extension | |
| Flood | $3,000 | Water and Sewer Back-up | $ 10,000 |

## COMMERCIAL PROPERTY DECLARATION
## DEDUCTIBLE SCHEDULE

**Policy Number:** SMP 0066672 08
**Insured Name:** UNION CATHEDRAL

**DEDUCTIBLE -** $1,000   Except as Indicated below:

**WINDSTORM OR HAIL DEDUCTIBLE**   $3,000 - Windstorm or Hail (SMCP 0562) - ALL LOCATIONS AND BUILDINGS

**EARTHQUAKE DEDUCTIBLE** - PERIL EXCLUDED

## IMPORTANT NOTICE

**THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR NAMED STORMS OR WIND/HAIL LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

SMC-175 B1 (06 20)17

## COMMERCIAL PROPERTY COVERAGE
## MORTGAGEE AND LOSS PAYEE

**Policy Number: SMP 0066672 08**

**Named Insured: UNION CATHEDRAL**

**Mortgagee:**

FIRST FEDERAL SAVINGS & LOAN
PO BOX 888
VALDOSTA          GA 31603
LOAN #

**Loss Payee:**

## COMMERCIAL LIABILITY COVERAGE
## DECLARATION

**Policy Number: SMP 0066672 08**

**Named Insured: UNION CATHEDRAL**

In return for your payment of the required premium, we provide the Commercial Liability Coverage during the policy period.

|  | **Limits of Liability** |  |
|---|---|---|
| Coverage L - Each Occurrence Limit | $ 1,000,000 |  |
| Coverage N - Products/Completed Operations Aggregate Limit | $ 1,000,000 |  |
| Coverage L - General Aggregate Limit | $ 2,000,000 |  |
| Coverage P - Personal and Advertising Injury Limit | $ 1,000,000 |  |
| Coverage M - Medical Payments Limit | $ 5,000 | Per Person |
| Coverage O - Fire Legal Liability Limit | $ 300,000 | Each Occurrence |
| **Optional Liability Coverages Subject to the General Aggregate:** |  |  |
| Coverage W - Directors, Officers & Trustees Liability Limit | $ 1,000,000 | Each Occurrence |
| Non-owned/Hired Auto Liability Limit | $ | Each Occurrence |
| Premium Charge for Non-owned/Hired Auto Liability | $ |  |
| Pastoral Counseling Liability Limit | $ 1,000,000 | Each Occurrence |
| **Optional Liability Coverages with a Separate Aggregate Limit:** |  |  |
| Coverage V - Sexual Misconduct & Sexual Molestation Liability Limit | $ 25,000 | Each Claim |
|  | $ 50,000 | Aggregate |
| Coverage G - Cemetery Professional Liability Limit | $ | Each Occurrence |
|  | $ | Aggregate |
| Coverage E - Employee Benefits Liability Limit | $ | Each Claim |
|  | $ | Aggregate |
| Coverage F - Employment Practices Liability Limit | $ 100,000 | Each Claim |
|  | $ 100,000 | Aggregate |
| Legal Defense Coverage Limit | $ 25,000 | Each Defensible Incident |
|  | $ 75,000 | Aggregate |
| Coverage X - Teachers Professional Liability (TPL) | $ | Each Occurrence |
|  | $ | Aggregate |
| Corporal Punishment(Subject to TPL Aggregate) | $ | Each Occurrence |
| Coverage Y - Violent Acts Expense | $ 50,000 | Each Person |
|  | $ 50,000 | Each Event |
|  | $ 50,000 | Aggregate |
| Coverage Z - Emotional Injury Discriminatory Practices | $ 50,000 | Each Occurrence |
|  | $ 50,000 | Aggregate |
| Lost Wages - Medical Payments | $ 1,000 | Per Person |
| Cyber Suite First Party | $ | Annual Aggregate |
| Cyber Suite Third Party | $ | Annual Aggregate |
| Identity Recovery Coverage | $ 15,000 | Per Insured/Aggregate |

Codes/Classifications Applicable to Liability and Medical Payments

| Code | Classification |
|---|---|
| 08101 | CHURCHES |
| 17301 | VACANT LAND (LESS THAN 5 ACRES) |
| 07100 | DAY NURSERY |

Excess Medical Payments applicable to:
      Athletic Activities
      Daycare Activities

## COMMERCIAL CRIME COVERAGE
### DECLARATION

**Policy Number:** **SMP 0066672 08**

**Named Insured:** **UNION CATHEDRAL**

In return for your payment of the required premium, we provide the Commercial Crime Coverage during the policy period.

| Coverages | Forms | Limit of Insurance | Deductible |
|---|---|---|---|
| FORGERY | SMCP-0550 | $5,000 | N/A |
| EMPLOYEE DISHONESTY | SMCP-0508 | $10,000 | N/A |
| THEFT OF MONEY | SMCP-0304 | $2,500 | N/A |

SMC-175  D (1220)