**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| CATHEDRAL UNION,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN MUTUAL CHURCH INSURNACE COMPANY,<br><br>Defendant. | : | CASE NO.: 7:26-CV-26 (LAG) |

# ORDER

Before the Court is the Parties' Amended Consent Motion to Extend Discovery (Motion) (Doc. 11).[1] Therein, the Parties ask the Court to extend the discovery by ninety (90) days from August 3, 2026 to November 2, 2026. (*Id.* at 1). The Parties assert that the extension will "allow for orderly completion of: 1) critical party and non-party discovery, including obtaining certified copies of all of all records and materials reviewed by the parties' retained and disclosed experts in forming their opinions; and 2) expert witness discovery, including depositions of disclosed expert witnesses." (*Id.*). The Parties assert that Defendant will be prejudiced if not allowed additional time to conduct this discovery. (*Id.* ¶ 13). The Parties also represent that they have diligently conducted discovery up to this point. (*Id.* ¶ 14). The Parties further represent that they have agreed to mediation and assert that an extension may allow for an early disposition of this case. (*Id.* ¶¶ 8, 16). This is the Parties' first request for an extension. (*Id.* at 1; *see* Docket).

For good cause shown, Defendants' Motion (Doc. 11) is **GRANTED**. The Court hereby **ORDERS** the following:

1. Fact and expert discovery shall be completed by **Monday, November 2, 2026**.

---

[1] In light of this Amended Motion, the Parties' original Consent Motion to Extend Discovery (Doc. 10) is **DENIED as moot**. *See e.g.*, *Kendall v. Sutherland*, No. 1:13-CV-4263-RWS, 2016 WL 1268527, at *7 n.10 (N.D. Ga. Mar. 31, 2016).

2. All dispositive motions must be filed no later than **Wednesday, December 2, 2026**.
3. Motions challenging the qualification(s) of any expert witness to offer opinion testimony that are related to a dispositive matter and raised under *Daubert* or Federal Rules of Evidence 104(a), 702, or 703, shall be filed no later than **Wednesday, December 2, 2026**.

**SO ORDERED**, this 25th day of August, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**